In the Matter of the Application of W. HOLDEN WEEKS, Appellant, *v.* JOHN E. KRAFT et al., Constituting the State Civil Service Commission, Respondents.

*Matter of Weeks* v. *Kraft,* 147 App. Div. 403, appeal dismissed.
(Argued April 29, 1912; decided May 7, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1911, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the state civil service commission to revoke a resolution classifying the position of transfer tax appraiser in the exempt class.

The motion was made upon the ground that it does not appear that the order was reversed as a matter of law.

*Franklin Kennedy* for motion.

*Albert De Roode* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.

---

CHARLES E. LEVY, Appellant, *v.* LOUIS S. BERG, Respondent.

Reported below, 149 App. Div. 945.
(Argued April 29, 1912; decided May 7, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1912, affirming a judgment in favor of defendant entered upon a verdict.

The motion was made upon the ground that the action was one for services, the affirmance by the Appellate Division unanimous, and that permission to appeal had not been obtained.

*Charles S. Mackenzie* for motion.

*Walter F. Wood* opposed.

Motion denied, with ten dollars costs.